### PARNELL V. THE STATE.
(Decided April 24, 1913.)

APPEAL from Dallas Circuit Court.

Heard before Hon. B. M. MILLER.

ARTHUR M. PITTS, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

THOMAS, J.—Reversed and remanded on authority of *Barnes v. State*, 134 Ala. 40, 32 South. 670.

---

### QUINN V. PRATT CONSOLIDATED COAL CO.
(Decided April 23, 1913.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. A. O. LANE.

HARSH, BEDDOW & FITTS, for appellant. PERCY, BENNERS & BURR, for appellee.

Per curiam. Appeal stricken. See *Quinn v. Pratt C. C. Co.*, 177 Ala., 59 South. 49.

---

### REDDON V. THE STATE.
(Decided June 19, 1913.)

APPEAL from Houston Circuit Court.

Heard before Hon. H. A. PEARCE.

E. H. HILL, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

WALKER, P. J.—No error in the record and the cause is affirmed.